JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

      - v. -                         :   INDICTMENT

CARMEN VARGAS,                          :   07

         Defendant.                   :

- - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

The Grand Jury charges:

1. From in or about August 1999, through in or about December 2006, in the Southern District of New York and elsewhere, CARMEN VARGAS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, VARGAS received approximately $61,748.00 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARMEN VARGAS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

*Post 11/1/07*

*5/3/07 Filed Indictment. A/W Issued. Case assigned to Judge Swain s/ Mag. Judge Katz*