```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #:_____
                                              DATE FILED: JUL 0 5 2007
```

**LAW OFFICE OF**

## LAURIANO GUZMAN, JR., P.C.
### ABOGADO

2565 Frisby Avenue
Bronx, New York 10461

(718) 892-8200
Fax: (718) 892-8203
Email: guzmanesq@aol.com

July 5, 2007

**Via Mail & Via Facsimile: (212) 805-0426**
The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street – Room 755
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: **07 CRIM 379**
**USA v. Carmen Vargas**
**Bail Modification**
**(Travel Limited to S.D.NY, E.D.N.Y)**

Dear Honorable Judge Swain:

On behalf of my client, Ms. Carmen Vargas, I am respectfully requesting a modification of her bail conditions which would allow her to travel on the Palisades Parkway to and from her employment, enabling her to shorten her travel time by one (1) hour.

In addition, Ms. Vargas and her husband had a vacation planned, prior to her arrest, to the Jersey Shore from July 12, 2007 through July 15, 2007. Ms. Vargas is also, requesting that she be allowed to travel and stay in New Jersey from July 12, 2007 through July 15, 2007.

My office has discussed the modifications with AUSA Sharon Frase and she has no objections to either the modification for travel to and from employment, nor to Ms. Vargas travel and stay in New Jersey from July 12, 2007 through July 15, 2007.

Please advise as to the aforementioned.

*The requests are granted.*

SO ORDERED.

*[signature]* 7/5/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Very truly yours,

*[signature]*
LAURIANO GUZMAN, JR.