LAW OFFICE OF
_____

# LAURIANO GUZMAN, JR., P.C.
### ABOGADO

2565 Frisby Avenue                                                    (718) 892-8200
Bronx, New York 10461                                          Fax: (718) 892-8203
                                                              Email: guzmanesq@aol.com

December 11, 2007

**MEMO ENDORSED**

**Via Mail & Via Facsimile: (212) 805-0426**
The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street – Room 755
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   DEC 1 2 2007
```

Re: USA v. Carmen Vargas
07 Cr 379-01 (LTS)

Dear Honorable Swain:

I am respectfully requesting a continuance until December 27, 2007, in order to submit a Sentencing Memorandum on behalf of Carmen Vargas.

The reason for the adjournment is that I need additional time to finish the Sentencing Memorandum, due to an unfortunate announcement on December 11, 2007, that a close family member has been diagnosed with Lymphatic Cancer.

However, I have the Social Worker Report which I will Federal Express to The Court, and to AUSA Sharon E. Frase.

Further, I have contacted AUSA Sharon E. Frase and she has consented to the adjournment.

Very truly yours,

LAURIANO GUZMAN, JR.

*The sentencing is adjourned to February 1, 2008 at 12:15 pm.*

LG/fc
cc: AUSA Sharon E. Frase
    Via Facsimile: (212) 637-0421

**SO ORDERED.**

12/11/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE