LAW OFFICE OF

# LAURIANO GUZMAN, JR., P.C.

ABOGADO

2565 Frisby Avenue
Bronx, New York 10461

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JAN 2 5 2008

(718) 892-8200
Fax: (718) 892-8203
Email: guzmanesq@aol.com

January 24, 2008

**Via Mail & Via Facsimile: (212) 805-0426**
The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street – Room 755
New York, New York 10007

[handwritten/stamped text partially legible:] ...this Memo ... for faxing or ... to all counsel ... filing a certificate of ... 5 days from the date hereof. Do ... to Chambers.

Re: USA v. Carmen Vargas
07 Cr 379-01 (LTS)

Dear Honorable Swain:

The sentencing of Carmen Vargas in the above-captioned matter is currently scheduled for Friday, February 1, 2008. It is respectfully requested that the sentencing for Ms. Vargas be adjourned to February 11, 2008.

The reason for this request is that I will be on vacation January 31, 2008 through February 7, 2008.

Further, the government has no objection to the continuance.

*[handwritten:] The sentencing is adjourned to February 13, 2008, at 3:00pm. Mr Guzman is directed to register for ECF in connection with this case immediately.*

Very truly yours,

LAURIANO GUZMAN, JR.

LG/fc
cc: AUSA Sharon E. Frase
    Via Facsimile (212) 637-0421

SO ORDERED.

*[handwritten signature]* 1/24/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

**Copies mailed/faxed to** *[handwritten:] Deft's Counsel*
**Chambers of Judge Swain** *[handwritten:] 1-25-08*